# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.

Plaintiff,

v.

ROMERO GENERAL CONSTRUCTION CORP., a California corporation,

Defendant.

NO. C08-1375RSL

ORDER GRANTING DEFAULT JUDGMENT

This matter comes before the Court on "Plaintiff's Motion for and Affidavit for Entry of Default Judgment" (Dkt. #7). Having reviewed the motion, the affidavit of Russell J. Reid, and the remainder of the record, the Court finds as follows:

1. Having been adjudged to be in default (Dkt. #6; Order of Default), defendant is liable to plaintiff for making delinquent payment of pension trust fund contributions, and plaintiff is entitled to seek entry of default judgment. See Fed. R. Civ. P. 55(a), (b).

2. Plaintiff seeks liquidated damages in the amount of $1,211.39. This is a straightforward percentage-based calculation on the amount of the delinquently-paid contribution. In support of this request, plaintiff submitted the Affidavit of Russell J. Reid showing this amount is correct. See Dkt. #7, Ex. D. Accordingly, plaintiff is awarded $1,211.39 in liquidated damages.

3. Plaintiff seeks interest for delinquently-paid contributions in the amount of $38.09.

ORDER GRANTING DEFAULT
JUDGMENT - 1

1  This is a straightforward percentage-based calculation on the amount of the delinquently paid
2  contribution. In support of this request, plaintiff submitted the Affidavit of Russell J. Reid
3  showing this amount is correct. See id. Accordingly, plaintiff is awarded $38.09 in pre-
4  judgment interest.

5  　　4. Having prevailed in this action, plaintiff seeks recovery of attorney's fees in the
6  amount of $701.25. In support of this request, plaintiff submitted the Affidavit of Russell J.
7  Reid. See id. at Ex. E. The Court finds the hourly rate and number of hours expended by
8  plaintiff's counsel is reasonable. Accordingly, plaintiff is awarded $701.25 for reasonable
9  attorney's fees.

10 　　5. Having prevailed in this action, plaintiff seeks recovery of court costs in the amount of
11 $442.00. In support of this request, plaintiff submitted the Affidavit of Russell J. Reid showing
12 this amount is correct. See id. The Court finds these costs are reasonable, and accordingly
13 plaintiff is awarded $442.00 for reasonable costs.

14 　　6. In sum, the Court awards plaintiff a total of **$2,392.73**, together with interest accruing
15 thereupon at varying annual rates from the date of entry until fully paid.

16 　　7. The Court enters judgment in favor of plaintiff and against defendant.

18 　　DATED this 4th day of December, 2008.

23 　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　United States District Judge

28 ORDER GRANTING DEFAULT
　　JUDGMENT - 2